IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL BITSOFF | § | |
| | § | |
| VS. | § | 3:98-CV-1262-R |
| | § | |
| CITY OF DALLAS | § | |

## ORDER OF REFERENCE

The DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS (filed June 18, 1998) is referred to United States Magistrate Judge JEFF KAPLAN for hearing, if necessary, and recommendations or determination, to this Court. See 28 U.S.C. §636(b); Local Rule 1.3.

Future pleadings concerning this motion <u>shall be filed with a transmittal letter addressed to Magistrate Judge Kaplan</u> so copies can be sent directly to him without delay.

ENTERED: JUNE 19, 1998

_____
JERRY BUCHMEYER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS