



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL BITSOFF | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-98-CV-1262-BD |
| | § | |
| CITY OF DALLAS | § | |
| | § | |
| Defendant. | § | |

### ORDER SETTING SCHEDULING CONFERENCE

This case has been transferred to the docket of United States Magistrate Judge Jeff Kaplan with the consent of the parties and by written order dated August 20, 1998.

A scheduling and planning conference is set for **August 28, 1998** at **10:00 a.m.** in the chambers of Magistrate Judge Kaplan, 1100 Commerce Street, 16th Floor, Dallas, Texas. The parties should be prepared to discuss their proposed discovery plan and all other matters specified in Rule 16(b) of the Federal Rules of Civil Procedure. The Court will set the case for trial and consider revisions to the standard scheduling order at this conference.

SO ORDERED.

DATED: August 24, 1998.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE