## United States District Court
## Northern District of Texas

*Nancy Doherty*
Clerk of Court

*1100 Commerce Room 14A20*
*Dallas, Texas 75242-1003*

April 19, 1999

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, LA 70130

SUBJECT: 3:98-cv-1262-BD(R) Michael Bitsoff v. City of Dallas

Dear Mr. Fulbruge:

    In connection with the appeal cited above, the following documents are transmitted:

| | |
|---|---|
| __X__ | Certified copy of the notice of appeal and docket entries |
| ___ | Certified copy of the notice of cross-appeal and docket entries |
| ___ | Record on appeal consisting of volume(s) of the record; |
| |     ___ Volume(s) of the transcript     ___ Volume(s) of depositions. |
| |     ___ Container(s) of exhibits     ___ Folder(s) of State Court Papers |
| ___ | Supplemental record, including updated docket entries |
| ___ | Other: |

    In regard to the notice of appeal, the following additional information is furnished:

| | |
|---|---|
| __X__ | The Court of Appeals docket fee has been paid |
| ___ | This case is proceeding *in forma pauperis* |
| ___ | Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was paid on: |
| __X__ | The District Judge entering the final judgment is: Magistrate Judge Jeff Kaplan |
| ___ | The court reporter assigned to this case is: |
| __X__ | This case was decided without a hearing, therefore there will be no transcript |

Sincerely,
NANCY DOHERTY
*Clerk of Court*

By: *Lynn Horton* (signature)
    Lynn Horton
    *Deputy Clerk*

Received By: _____

cc:    Attorneys of record

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL BITSOFF, | § | |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. |
| vs. | § | 3:98-CV-1262-BD |
| | § | |
| CITY OF DALLAS, TEXAS | § | |
| | § | |
| Defendant. | § | |

*U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS — FILED APR 16 1999 — NANCY DOHERTY, CLERK*

### NOTICE OF APPEAL

Notice is hereby given that Michael Bitsoff, Plaintiff above named, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered by the Court on April 8, 1999. This appeal is pursuant to 28 U.S.C. § 636(c)(3).

Respectfully filed this 16th day of April, 1999.

THE ROBLES LAWFIRM

BY: Gabriel H. Robles
State Bar No. 17118100
6131 Luther Lane, Suite 224
Dallas, Texas 75225
Ph. (214) 631-2411
Fax (214) 631-7074

Attorney for Plaintiff
Michael Bitsoff

**NOTICE OF APPEAL - PAGE 1**

## CERTIFICATE OF SERVICE

I, Gabriel H. Robles, attorney for the Plaintiff, hereby certify that I did on the _16th_ day of _April_, 1999, deliver one copy of the above and foregoing Pleading to all counsel of record in accordance with Rule 5, <u>Federal Rules of Civil Procedure</u> via regular United States mail.

_____
Gabriel H. Robles

**NOTICE OF APPEAL - PAGE 2**